

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 26 2014

JAMES W. McCORMACK, CLERK

By:_____

DEP CLERK

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form |
| v. | |
| VINCENT L. ROBUSTELLI | Case No.    4:14CR00033-BD |
| | USM No. |
| | Kim Driggers, Asst. Federal Public Defender |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)          1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR §261.58(t) | Pssn. of Marijuana while in National Forest System | 06/16/2013 | 1 |

☐  Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 425.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 6192

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:
Little Rock, AR

02/25/2014
Date of Imposition of Judgment

Signature of Judge

Beth Deere                    U.S. Magistrate Judge
Name and Title of Judge

02/26/2014
Date